IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES N. SUTHERLAND,

        Plaintiff,                 JUDGMENT IN A CIVIL CASE

v.                                    Case No. 12-cv-867-wmc

CAROLYN COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff James N. Sutherland remanding this case to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).


    _____s/ A. Wiseman, Deputy Clerk_____         _____July 16, 2014_____
           Peter Oppeneer, Clerk of Court                             Date