IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES NOEL SUTHERLAND,

       Plaintiff,                        JUDGMENT IN A CIVIL CASE

       v.                                  Case No. 12-cv-867-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

       Defendant.

---

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff James Noel Sutherland attorney fees and expenses in the amount of $8,800.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


          s/ A. Wiseman, Deputy Clerk              November 17, 2014
          Peter Oppeneer, Clerk of Court                   Date